Leonard W. Williamson, OSB #910020
VAN NESS WILLIAMSON LLP
960 Liberty St. SE, Suite 100
Salem, Oregon  97302
(503) 365-8800
l.williamson@vwllp.com

Bradley A. Benbrook*
Stephen M. Duvernay*
BENBROOK LAW GROUP, PC
701 University Avenue, Suite 106
Sacramento, California  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

**Pro hac vice applications to be submitted*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DALLIN MONTGOMERY; NICK HOLDWAY; KEVIN WALTERS; OREGON FIREARMS FEDERATION, INC.; and FIREARMS POLICY COALITION, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELLEN ROSENBLUM, in her Official Capacity as Oregon Attorney General; and CASEY CODDING, in his Official Capacity as Superintendent of the Oregon State Police,<br><br>    Defendants. | Case No.:  3:24-cv-1273<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Firearms Policy Coalition, Inc. declares that it has no parent corporation and no publicly traded corporation that currently owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Oregon Firearms Federation, Inc. declares that it has no parent corporation and no publicly traded corporation that currently owns 10% or more of its stock.

Dated: August 5, 2024

/s/ *Leonard W. Williamson*
Leonard W. Williamson
Oregon State Bar No. 910020
Van Ness Williamson LLP
960 Liberty St. SE, Suite 100
Salem, Oregon 97302
(503) 365-8800
l.williamson@vwllp.com

Bradley Benbrook*
California Bar No. 177786
Stephen M. Duvernay*
California Bar No. 250957
Benbrook Law Group, PC
701 University Avenue, Suite 106
Sacramento, California 95825
(916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

**Pro hac vice applications to be submitted*

Attorneys for Plaintiffs