Leonard W. Williamson, OSB #910020
VAN NESS WILLIAMSON LLP
960 Liberty St. SE, Suite 100
Salem, Oregon  97302
(503) 365-8800
l.williamson@vwllp.com

Bradley A. Benbrook*
Stephen M. Duvernay*
BENBROOK LAW GROUP, PC
701 University Avenue, Suite 106
Sacramento, California  95825
 (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

**Pro hac vice*

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| DALLIN MONTGOMERY; NICK HOLDWAY; KEVIN WALTERS; OREGON FIREARMS FEDERATION; and FIREARMS POLICY COALITION, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ELLEN ROSENBLUM, in her Official Capacity as Oregon Attorney General; and CASEY CODDING, in his Official Capacity as Superintendent of the Oregon State Police,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-01273-AN<br><br>**REQUEST FOR REFUND OF FEES PAID ELECTRONICALLY** |

**Thursday, August 8, 2024 at 16:17:03 Pacific Daylight Time**

---

**Subject:** Pay.gov Payment Confirmation: OREGON DISTRICT COURT
**Date:** Wednesday, August 7, 2024 at 2:51:16 PM Pacific Daylight Time
**From:** do_not_reply@psc.uscourts.gov
**To:** Steve Duvernay

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

   Account Number: 3914773
   Court: OREGON DISTRICT COURT
   Amount: $300.00
   Tracking Id: AORDC-9523031
   Approval Code: 127685
   Card Number: ************1000
   Date/Time: 08/07/2024 05:50:24 ET

NOTE: This is an automated message. Please do not reply

**Thursday, August 8, 2024 at 16:17:31 Pacific Daylight Time**

**Subject:** Pay.gov Payment Confirmation: OREGON DISTRICT COURT
**Date:** Wednesday, August 7, 2024 at 2:52:45 PM Pacific Daylight Time
**From:** do_not_reply@psc.uscourts.gov
**To:** Steve Duvernay

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

Account Number: 3914773
Court: OREGON DISTRICT COURT
Amount: $300.00
Tracking Id: AORDC-9523036
Approval Code: 181493
Card Number: ************1000
Date/Time: 08/07/2024 05:52:38 ET

NOTE: This is an automated message. Please do not reply

The following filing fee refund request is made pursuant to the procedures set forth in Standing Order 2011-9 for refunding erroneous or duplicate electronic filing fee payments. The reason for and amount of the refund request are as follows: $600 for fees collected in connection with Bradley A. Benbrook's Motion for Leave to Appear *Pro Hac Vice*. The filer encountered difficulties with their browser during the filing process and inadvertently processed payment multiple times.

Attached hereto is supporting documentation including a copy of the electronic payment receipts. Because the payments did not result in a successful filing, there is no copy of a Notice of Electronic Filing (NEF) from the system transaction in CM/ECF during which the payment was made. Mr. Benbrook's Pro Hac Vice Motion was successfully filed (ECF No. 7), and a separate $300 payment was made in connection with that filing.

Respectfully submitted,

| | |
|---|---|
| Dated: August 8, 2024 | Respectfully submitted, |
| | /s/ Bradley A. Benbrook |
| Leonard W. Williamson | Bradley Benbrook* |
| Oregon State Bar No. 910020 | California Bar No. 177786 |
| Van Ness Williamson LLP | Stephen M. Duvernay* |
| 960 Liberty St. SE, Suite 100 | California Bar No. 250957 |
| Salem, Oregon 97302 | Benbrook Law Group, PC |
| (503) 365-8800 | 701 University Avenue, Suite 106 |
| l.williamson@vwllp.com | Sacramento, California 95825 |
| | (916) 447-4900 |
| | brad@benbrooklawgroup.com |
| | steve@benbrooklawgroup.com |

*Pro hac vice*

Attorneys for Plaintiffs