**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anit K. Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Erin N. Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DALLIN MONTGOMERY; NICK HOLDWAY; KEVIN WALTERS; OREGON FIREARMS FEDERATION; and FIREARMS POLICY COALITION, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> ELLEN ROSENBLUM, in her Official Capacity as Oregon Attorney General; and CASEY CODDING, in his Official Capacity as Superintendent of the Oregon State Police, <br><br>  Defendants. | Case No. 3:24-cv-01273-AN <br><br> **NOTICE OF APPEARANCE OF HARRY B. WILSON** |

Harry B. Wilson, of Markowitz Herbold PC, hereby enters his appearance as an attorney for defendants in this action.  Mr. Wilson's contact information is as follows:

 Harry B. Wilson, OSB #077214
 HarryWilson@MarkowitzHerbold.com
 MARKOWITZ HERBOLD PC
 1455 SW Broadway, Suite 1900
 Portland, OR 97201

Page 1 –     NOTICE OF APPEARANCE OF HARRY B. WILSON

Telephone: (503) 295-3085
Facsimile: (503) 323-9105

DATED: August 9, 2024.  MARKOWITZ HERBOLD PC

*s/ Harry B. Wilson*
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
Erin N. Dawson, OSB #116334
ErinDawson@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*

2183732

Page 2 –   NOTICE OF APPEARANCE OF HARRY B. WILSON