**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anit K. Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Erin N. Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DALLIN MONTGOMERY; NICK HOLDWAY; KEVIN WALTERS; OREGON FIREARMS FEDERATION; and FIREARMS POLICY COALITION, INC., | Case No. 3:24-cv-01273-AN  **NOTICE OF APPEARANCE OF ANIT K. JINDAL** |
| Plaintiffs, | |
| v. | |
| ELLEN ROSENBLUM, in her Official Capacity as Oregon Attorney General; and CASEY CODDING, in his Official Capacity as Superintendent of the Oregon State Police, | |
| Defendants. | |

Anit K. Jindal, of Markowitz Herbold PC, hereby enters his appearance as an attorney for defendants in this action.  Harry B. Wilson remains as counsel of record for defendants.

Mr. Jindal's contact information is as follows:

> Anit K. Jindal, OSB #171086
> AnitJindal@MarkowitzHerbold.com
> MARKOWITZ HERBOLD PC

Page 1 –    NOTICE OF APPEARANCE OF ANIT K. JINDAL

1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone:  (503) 295-3085
Facsimile:  (503) 323-9105

DATED:  August 9, 2024.            MARKOWITZ HERBOLD PC

*s/ Anit K. Jindal*
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
Erin N. Dawson, OSB #116334
ErinDawson@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*

2183735

**Page 2 –**    NOTICE OF APPEARANCE OF ANIT K. JINDAL