## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Portland District of Oregon

Case Number: 3:24-CV-1273

Plaintiff(s):
**DALLIN MONTGOMERY, et al.**

vs.

Defendant(s):
**ELLEN ROSENBLUM, in her Official Capacity as Oregon Attorney General, et al.**

Received by Cumulus Legal Services, Inc. to be served on **Ellen F. Rosenblum, in her capacity as Oregon Attorney General, 1162 Court Street NE, Salem, OR 97301-4096**.

I, Marcie Carter, do hereby affirm that on the **8th day of August, 2024** at **11:05 am**, I:

served a true and correct copy of the **Summons; Complaint; Civil Case Cover Sheet; Corporate Disclosure Statement; Civil Case Assignment Order and Scheduling Order; Motion for Pro Hac Vice for Bradley A. Benbrook; Motion for Pro Hac Vice for Stephen M. Duvernay; Motion and Notice of Motion for Temporary Restraining Order and Memorandum of Points and Authorities; Declaration of Montgomery in support of Motion for TRO; Declaration of Holdway in support of Motion for TRO; Declaration of Walters in support of Motion for TRO; Declaration of Starrett in support of Motion for TRO; Declaration of Combs in support of Motion for TRO; Declaration of Williamson in support of Motion for TRO ("Service Documents")**, pursuant to ORCP 7D(3)(g), by personal service, by delivering said documents to **Cheryl Spaniol**, PSR3, at the office of the Attorney General, at 1162 Court Street NE, Salem, OR 97301-4096.

I certify that I am a competent person, 18 years of age or older, and a resident of the state of service, and that I am not a party to, nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm, or corporation named in the above-captioned action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: _August 8_, 2024

**Marcie Carter**
Process Server

**Cumulus Legal Services, Inc.**
P.O. Box 16913
Portland, OR 97292
(503) 567-9996

Our Job Serial Number: CMU-2024000620
Ref: FPC

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

