# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Portland District of Oregon

Case Number: 3:24-CV-1273

Plaintiff(s): **DALLIN MONTGOMERY, et al.**
vs.
Defendant(s): **ELLEN ROSENBLUM, in her Official Capacity as Oregon Attorney General, et al.**

Received by Cumulus Legal Services, Inc. to be served on **Casey Codding, Superintendent of the Oregon State Police, 3565 Trelstad Ave. SE, Salem, OR 97317**.

I, Marcie Carter, do hereby affirm that on the **8th day of August, 2024** at **10:41 am**, I:

served a true and correct copy of the **Summons; Complaint; Civil Case Cover Sheet; Corporate Disclosure Statement; Civil Case Assignment Order and Scheduling Order; Motion for Pro Hac Vice for Bradley A. Benbrook; Motion for Pro Hac Vice for Stephen M. Duvernay; Motion and Notice of Motion for Temporary Restraining Order and Memorandum of Points and Authorities; Declaration of Montgomery in support of Motion for TRO; Declaration of Holdway in support of Motion for TRO; Declaration of Walters in support of Motion for TRO; Declaration of Starrett in support of Motion for TRO; Declaration of Combs in support of Motion for TRO; Declaration of Williamson in support of Motion for TRO ("Service Documents")**, by **office service**, by delivering said documents to **Twylla Adams, OS2**, person apparently in charge of the office at **3565 Trelstad Ave. SE, Salem, OR 97317**.

Following office service, I caused a true and correct copy of the Service Documents to be sent to Casey Codding, Superintendent of the Oregon State Police, on **8/8/2024**, by first class mail, stating the date, time, and place service was made. _____ (initials of person who mailed)

I certify that I am a competent person, 18 years of age or older, and a resident of the state of service, and that I am not a party to, nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm, or corporation named in the above-captioned action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: _August 8_, 2024

**Marcie Carter**
Process Server

**Cumulus Legal Services, Inc.**
P.O. Box 16913
Portland, OR 97292
(503) 567-9996

Our Job Serial Number: CMU-2024000621
Ref: FPC

