**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anit K. Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Erin N. Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DALLIN MONTGOMERY; NICK HOLDWAY; KEVIN WALTERS; OREGON FIREARMS FEDERATION, INC.; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ELLEN ROSENBLUM, in her Official Capacity as Oregon Attorney General; and CASEY CODDING, in his Official Capacity as Superintendent of the Oregon State Police,<br><br>Defendants. | Case No. 3:24-cv-01273-AN<br><br>**DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**Fed. R. Civ. P. 6(b) and Local Rule 16-3** |

**LOCAL RULE 7-1 CERTIFICATION**

Pursuant to L.R. 7-1(a), counsel for defendants certify that they conferred with counsel for plaintiffs by telephone on September 11, 2024.  Plaintiffs do not oppose this motion.

**Page 1 –** DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

## MOTION

Defendants move the Court pursuant to Fed. R. Civ. P. 6(b) and Local Rule 16-3 to extend the period of time to respond to plaintiffs' Complaint.  Defendants' response is currently due on September 12, 2024.  Defendants request an extension of 5 days, up to and including September 17, 2024, to permit defendants adequate time to prepare their response.

This is Defendants' second request for additional time to respond to plaintiffs' Complaint.  This motion is made in good faith and not for the purpose of delay, and there is good cause to grant the motion.  The parties effectively used their prior time to brief and argue a motion for temporary restraining order.  Defendants make this motion to ensure sufficient time to prepare a response to plaintiffs' complaint.  Extending the deadline for response for these purposes will not interfere with the efficient management of this case, and the parties will not be prejudiced by the granting of this motion.

DATED:  September 11, 2024.

ELLEN F. ROSENBLUM
ATTORNEY GENERAL
FOR THE STATE OF OREGON

*s/ Erin N. Dawson*
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
Erin N. Dawson, OSB #116334
ErinDawson@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*

2197151