**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anit K. Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Erin N. Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DALLIN MONTGOMERY; NICK HOLDWAY; KEVIN WALTERS; OREGON FIREARMS FEDERATION, INC.; and FIREARMS POLICY COALITION, INC., | Case No. 3:24-cv-01273-AN |
| Plaintiffs, | **DEFENDANTS' UNOPPOSED MOTION TO AMEND CAPTION** |
| v. | |
| ELLEN ROSENBLUM, in her Official Capacity as Oregon Attorney General; and CASEY CODDING, in his Official Capacity as Superintendent of the Oregon State Police, | |
| Defendants. | |

**LOCAL RULE 7-1 CERTIFICATION**

The parties have conferred, and plaintiffs do not oppose this motion.

## MOTION

Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, defendants move this Court to replace Ellen Rosenblum with her successor, Dan Rayfield, as a defendant in this action and to amend the case caption accordingly.

## ARGUMENT

Rule 25(d) of the Federal Rules of Civil Procedure states that a public officer sued in their official capacity who later "ceases to hold office" is automatically substituted with their successor.  Dan Rayfield has replaced Ellen Rosenblum as the Attorney General of Oregon.  In light of this change of position, Dan Rayfield, in his Official Capacity as Oregon Attorney General, is substituted for Ellen Rosenblum as a defendant in this action.

## CONCLUSION

For the reasons stated above, defendants ask the Court to grant defendants' motion and direct the Clerk of Court to amend the case caption to name Dan Rayfield as a defendant in place of Ellen Rosenblum.

DATED:  February 13, 2025.          DAN RAYFIELD
                                     ATTORNEY GENERAL
                                     FOR THE STATE OF OREGON


                                     *s/ Erin N. Dawson*
                                     Harry B. Wilson, OSB #077214
                                     HarryWilson@MarkowitzHerbold.com
                                     Anit K. Jindal, OSB #171086
                                     AnitJindal@MarkowitzHerbold.com
                                     Erin N. Dawson, OSB #116334
                                     ErinDawson@MarkowitzHerbold.com
                                     *Special Assistant Attorneys General for Defendants*

2251921