**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anit K. Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Erin N. Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DALLIN MONTGOMERY; NICK HOLDWAY; KEVIN WALTERS; OREGON FIREARMS FEDERATION, INC.; and FIREARMS POLICY COALITION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>DAN RAYFIELD, in his Official Capacity as Oregon Attorney General; and CASEY CODDING, in his Official Capacity as Superintendent of the Oregon State Police, <br><br>Defendants. | Case No. 3:24-cv-01273-AN <br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT** <br><br>Fed. R. Civ. P. 6(b) and L.R. 16-3 |

**LOCAL RULE 7-1 CERTIFICATION**

Pursuant to L.R. 7-1(a), counsel for defendants certify that they conferred with counsel for plaintiffs prior to filing this motion.  Plaintiffs do not oppose this motion.

Page 1 –    DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT

## MOTION

Defendants move the Court pursuant to Fed. R. Civ. P. 6(b) and L.R. 16-3 to extend the period of time to respond to plaintiffs' Second Amended Complaint. Defendants' response is currently due on November 12, 2025. Defendants request an extension of fourteen days, up to and including November 26, 2025, to permit defendants adequate time to prepare their response or otherwise decide how best to proceed in this case.

## POINTS AND AUTHORITIES

Defendants seek a two-week extension of their time to respond to the complaint. Defendants make this motion to ensure sufficient time to prepare a response to plaintiffs' Second Amended Complaint. Separately, the parties are in discussions about whether to seek a stay of these proceedings while a similar suit proceeds in the Ninth Circuit Court of Appeals. *See Palmer v. Lombardo*, No. 22-15645 (9th Cir.). Accordingly, defendants need additional time to respond to the complaint or otherwise decide how best to proceed.

This motion is made in good faith and not for the purpose of delay, and there is good cause to grant the motion. The parties effectively used their prior time to brief and argue a motion for temporary restraining order and a motion to dismiss. Extending the deadline for response for these purposes will not interfere with the efficient management of this case, and the parties will not be prejudiced by the granting of this motion. Plaintiffs do not oppose the requested relief.

## CONCLUSION

The Court should grant defendants' motion for extension of time.

DATED: November 11, 2025.

DAN RAYFIELD
ATTORNEY GENERAL
FOR THE STATE OF OREGON

*s/Anit K. Jindal*
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
Erin N. Dawson, OSB #116334
ErinDawson@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*

2380384.1

Page 3 –   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
            FILE RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT