**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anit K. Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Erin N. Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DALLIN MONTGOMERY; NICK HOLDWAY; KEVIN WALTERS; OREGON FIREARMS FEDERATION, INC.; and FIREARMS POLICY COALITION, INC., | Case No. 3:24-cv-01273-AN  **STIPULATED MOTION TO STAY** |
| Plaintiffs, | |
| v. | |
| DAN RAYFIELD, in his Official Capacity as Oregon Attorney General; and CASEY CODDING, in his Official Capacity as Superintendent of the Oregon State Police, | |
| Defendants. | |

**LR 7-1(a)(1) CERTIFICATION**

The parties to this litigation have conferred regarding this motion.  They jointly agree to its contents as indicated by their signatures below.

Page 1 –     STIPULATED MOTION TO STAY

## MOTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rule 16-3(a), and the Court's inherent authority, the parties respectfully move this Court for an order staying all proceedings pending the outcome of *Palmer v. Lombardo*, 9th Cir. No. 22-15645. The stay shall be lifted upon the issuance of the appellate mandate, and the parties will issue periodic status reports every 90 days or upon any major developments in *Palmer v. Lombardo*.

## MEMORANDUM

Plaintiffs' Second Amended Complaint challenges the constitutionality of ORS 166.265 to 267. (*See generally* 2d Am. Compl.) The challenged laws require serial numbers on firearms, require serial numbers on unfinished frames and receivers, and prohibit firearms that are undetectable by security devices such as metal detectors. Plaintiffs allege that these laws violate the right to bear arms in the Second Amendment under *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022).

The Ninth Circuit is currently considering a similar challenge to a Nevada law that regulates the possession, sale, and manufacture of unserialized firearms and firearm components. *See Palmer*, 2023 WL 11952669 (9th Cir May 26, 2023). The parties agree that a decision in *Palmer* could affect the state of the law regarding the laws Plaintiffs challenge in this case and it would conserve resources for this Court to stay this case and await a decision from the Ninth Circuit before proceeding further.

## CONCLUSION

The Court should grant this motion and stay the case pending the outcome of *Palmer v. Lombardo*.

**IT IS SO STIPULATED:**

DATED: November 25, 2025.   DAN RAYFIELD
                            ATTORNEY GENERAL
                            FOR THE STATE OF OREGON


*s/Anit K. Jindal*
Harry B. Wilson, OSB #077214
HarryWilson@MarkowitzHerbold.com
Anit K. Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
Erin N. Dawson, OSB #116334
ErinDawson@MarkowitzHerbold.com
*Special Assistant Attorneys General for Defendants*


DATED: November 25, 2025.   BENBROOK LAW GROUP, PC


*s/Stephen M. Duvernay*
Bradley A. Benbrook, *admitted pro hac vice*
brad@benbrooklawgroup.com
Stephen M. Duvernay, *admitted pro hac vice*
steve@benbrooklawgroup.com
701 University Avenue, Suite 106
Sacramento, CA  95825-6756
*Of Attorneys for Plaintiffs*

LEONARD W. WILLIAMSON P.C.
Leonard W. Williamson, OSB #910020
l.williamson@williamsonlawpc.com
1900 Hines Street SE, Suite 211
Salem, OR  97302
*Of Attorneys for Plaintiffs*

2383854.3