**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anit K. Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Erin N. Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DALLIN MONTGOMERY; NICK HOLDWAY; KEVIN WALTERS; OREGON FIREARMS FEDERATION, INC.; and FIREARMS POLICY COALITION, INC., <br><br>                    Plaintiffs, <br><br> v. <br><br> DAN RAYFIELD, in his Official Capacity as Oregon Attorney General; and CASEY CODDING, in his Official Capacity as Superintendent of the Oregon State Police, <br><br>                    Defendants. | Case No. 3:24-cv-01273-AN <br><br> **JOINT STATUS REPORT** |

Pursuant to the Court's November 26, 2025, Order (Dkt. 51), the parties submit the following Joint Status Report:

On November 25, 2025, the parties filed a Stipulated Motion to Stay (Dkt. 50), jointly requesting an order staying all proceedings in this matter pending the outcome of *Palmer v. Lombardo*, 9th Cir. No. 22-15645.  In *Palmer*, the Ninth Circuit is considering a challenge to a

Nevada law that regulates the possession, sale, and manufacture of unserialized firearms and firearm components. *See Palmer*, 2023 WL 11952669 (9th Cir May 26, 2023). The parties in this matter agreed that a decision in *Palmer* could affect the state of the law regarding the laws that plaintiffs challenge here. (Dkt. 50.)

The Court granted the parties' Stipulated Motion to Stay on November 26, 2025, and directed the parties to submit status reports every 90 days or upon any major developments in *Palmer v. Lombardo*. (Dkt. 51.)

As of the date of this Joint Status Report, *Palmer* remains under submission to the Ninth Circuit. The parties report no other major developments apparent from the Ninth Circuit's docket in *Palmer*. The parties will submit an additional joint status report in 90 days or upon any major developments in *Palmer*.

DATED: February 24, 2026.

| BENBROOK LAW GROUP, PC | DAN RAYFIELD<br>ATTORNEY GENERAL<br>FOR THE STATE OF OREGON |
|---|---|
| *s/ Stephen M. Duvernay*<br>Bradley A. Benbrook, *admitted pro hac vice*<br>brad@benbrooklawgroup.com<br>Stephen M. Duvernay, *admitted pro hac vice*<br>steve@benbrooklawgroup.com<br>701 University Avenue, Suite 106<br>Sacramento, CA  95825-6756<br>*Of Attorneys for Plaintiffs* | *s/ Erin N. Dawson*<br>Harry B. Wilson, OSB #077214<br>HarryWilson@MarkowitzHerbold.com<br>Anit K. Jindal, OSB #171086<br>AnitJindal@MarkowitzHerbold.com<br>Erin N. Dawson, OSB #116334<br>ErinDawson@MarkowitzHerbold.com<br>*Special Assistant Attorneys General for Defendants* |
| LEONARD W. WILLIAMSON P.C.<br>Leonard W. Williamson, OSB #910020<br>l.williamson@williamsonlawpc.com<br>1900 Hines Street SE, Suite 211<br>Salem, OR  97302<br>*Of Attorneys for Plaintiffs* | |

Page 2 –     JOINT STATUS REPORT

**ECF CERTIFICATION**

The filing attorney attests that filing attorney has obtained concurrence regarding the filing of this document from plaintiffs' counsel signatories to this document.

Date: February 24, 2026

*s/ Erin N. Dawson*
Erin N. Dawson, OSB #116334
ErinDawson@MarkowitzHerbold.com

2418486