**Harry B. Wilson, OSB #077214**
HarryWilson@MarkowitzHerbold.com
**Anit K. Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Erin N. Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Special Assistant Attorneys General for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DALLIN MONTGOMERY; NICK HOLDWAY; KEVIN WALTERS; OREGON FIREARMS FEDERATION, INC.; and FIREARMS POLICY COALITION, INC., | Case No. 3:24-cv-01273-AN<br><br>**JOINT STATUS REPORT** |
| Plaintiffs, | |
| v. | |
| DAN RAYFIELD, in his Official Capacity as Oregon Attorney General; and CASEY CODDING, in his Official Capacity as Superintendent of the Oregon State Police, | |
| Defendants. | |

Pursuant to the Court's November 26, 2025, Order (Dkt. 51), the parties submit the following Joint Status Report:

On November 25, 2025, the parties filed a Stipulated Motion to Stay (Dkt. 50), jointly requesting an order staying all proceedings in this matter pending the outcome of *Palmer v. Lombardo*, 9th Cir. No. 22-15645.  In *Palmer*, the Ninth Circuit is considering a challenge to a

**Page 1 –**       **JOINT STATUS REPORT**

Nevada law that regulates the possession, sale, and manufacture of unserialized firearms and firearm components. *See Palmer*, 2023 WL 11952669 (9th Cir. May 26, 2023). The parties in this matter agreed that a decision in *Palmer* could affect the state of the law regarding the laws that plaintiffs challenge here. (Dkt. 50.)

The Court granted the parties' Stipulated Motion to Stay on November 26, 2025, and directed the parties to submit status reports every 90 days or upon any major developments in *Palmer v. Lombardo*. (Dkt. 51.)

There have been no further proceedings in the *Palmer* matter since the previous report to this Court. As of the date of this Joint Status Report, *Palmer* remains under submission to the Ninth Circuit. The parties report no other major developments apparent from the Ninth Circuit's docket in *Palmer*. The parties will submit an additional joint status report in 90 days or upon any major developments in *Palmer*.

DATED: May 26, 2026.

| BENBROOK LAW GROUP, PC | DAN RAYFIELD<br>ATTORNEY GENERAL<br>FOR THE STATE OF OREGON |
|---|---|
| *s/Stephen M. Duvernay* | *s/Erin N. Dawson* |
| Bradley A. Benbrook, *admitted pro hac vice* | Harry B. Wilson, OSB #077214 |
| brad@benbrooklawgroup.com | HarryWilson@MarkowitzHerbold.com |
| Stephen M. Duvernay, *admitted pro hac vice* | Anit K. Jindal, OSB #171086 |
| steve@benbrooklawgroup.com | AnitJindal@MarkowitzHerbold.com |
| 701 University Avenue, Suite 106 | Erin N. Dawson, OSB #116334 |
| Sacramento, CA  95825-6756 | ErinDawson@MarkowitzHerbold.com |
| *Of Attorneys for Plaintiffs* | *Special Assistant Attorneys General for Defendants* |

LEONARD W. WILLIAMSON P.C.
Leonard W. Williamson, OSB #910020
l.williamson@williamsonlawpc.com
1900 Hines Street SE, Suite 211
Salem, OR  97302
*Of Attorneys for Plaintiffs*

**ECF CERTIFICATION**

The filing attorney attests that filing attorney has obtained concurrence regarding the

filing of this document from plaintiffs' counsel signatories to this document.

Date:  May 26, 2026                          *s/Erin N. Dawson*
                                             Erin N. Dawson, OSB #116334
                                             ErinDawson@MarkowitzHerbold.com

2451584.1

Page 3 –        **JOINT STATUS REPORT**